

NUMBER 13-10-00144-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: JOE LEE RUBIO

## On Petition for Writ of Mandamus and Application for Stay.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Vela Memorandum Opinion Per Curiam**[1]

Relator, Joe Lee Rubio, filed a petition for writ of mandamus and an application for stay in the above cause on March 24, 2010. The Court, having examined and fully considered the petition for writ of mandamus and application for stay, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus and application for stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
25th day of March, 2010.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).